

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00867-CR

Roberto **FLORES-MORALES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 14, Bexar County, Texas
Trial Court No. 447516
Honorable Bill C. White, Judge Presiding[1]

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED September 23, 2015.

_____
Luz Elena D. Chapa, Justice

---

[1] The judgment was signed by the Honorable Bill C. White, former judge sitting by assignment. However, the Honorable Brenda Chapman, former judge sitting by assignment, presided over the hearing on the motion to suppress and ruled on the motion.